PIEDMONT HOTEL COMPANY, Respondent, *v.* A. E. NETTLE-TON COMPANY, Appellant.

(Argued May 22, 1933; decided May 24, 1933.)

*Henry S. Fraser* for motion.
*Edward Schoeneck* opposed.

Motion denied with leave to renew on the argument of the appeal.